UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE E. REULE,<br><br>                   Plaintiff,<br>vs.<br><br>THE H.O. SEIFFERT COMPANY dba EDS EVERETT DOWNTOWN STORAGE, et al.,<br><br>                   Defendants. | Case No. C08-1591 MJP<br><br>ORDER DENYING LEAVE TO FILE A SURREPLY |

      This matter comes before the Court on Plaintiff's motion to for leave to file a surreply. (Dkt. No. 43.)  Pursuant to Local Rule 7(g), surreplies are only permitted for motions to strike material filed with a party's reply brief. It does not appear as if Plaintiff's proposed surreply contains any motion to strike.  The rules also provide that surreplies shall not exceed three pages and Plaintiff's proposed surreply is 13 pages long.  CR 7(g)(3). The Court DENIES Plaintiff's request for leave to file a surreply.

      The Clerk is directed to send a copy of this order to all counsel of record and mail a copy to Plaintiff.

      DATED this 28th day of May, 2009.

                                                   Marsha J. Pechman
                                                 United States District Judge

ORDER - 1